FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    Case No.  14-MJ-917
                                     )
            Plaintiff,               )    ORDER OF DETENTION AFTER
                                     )    HEARING ( Fed.R.Crim.P. 32.1(a)(6)
      v.                             )    Allegations of Violations of Probation
Christopher Michel                   )    Supervised Release)
                                     )    Conditions of Release)
                                     )
                                     )
            Defendant.               )
_____     )

      On arrest warrant issued by a United States District Court involving
alleged violations of conditions of probation or Supervised Release,

      The court finds no condition or combination of conditions that will
reasonably assure:

      (A)   (X)    the appearance of defendant as required; and/or

      (B)   (X)    the safety of any person or the community.

//

//

1    The court concludes:

2  A.    (X)    Defendant poses a risk to the safety of other persons or the
3              community because defendant has not demonstrated by clear and
4              convincing evidence that:
5              he will not commit additional crimes while under the
6              influence of alcohol.
7
8
9

10  (B)   (X)    Defendant is a flight risk because defendant has not shown by clear
11             and convincing evidence that:
12             he will appear as ordered.
13
14
15
16

17    IT IS ORDERED that defendant be detained.

18

19  DATED:  5/14/14

20
21
22
23             PATRICK J. WALSH
24    UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2